**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 592 MAL 2019

      Respondent                 :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

          v.                            :

                                          :

CHRISTOPHER D. KUHN,              :

                                          :

      Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.